UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

Brandi Goodwin )
_____ )
_____ )
(Enter above the NAME of the )
plaintiff in this action.) )
 )
v. )
Blue Cross Blue Shield )
of TN )
_____ )
(Enter above the NAME of each )
defendant in this action.) )

1:21-cv-277
DCLC/CHS

FILED
NOV 12 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (X)

    B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to the previous lawsuit:

        Plaintiffs: _____

        _____

        Defendants: _____

        _____

1

2. COURT: (If federal court, name the district; if state court, name the county):

   _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: _____

   A. Is there a prisoner grievance procedure in this institution? YES ( ) NO (X)

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO ( )

   C. If your answer is YES,

      1. What steps did you take? _____

         _____

      2. What was the result? _____

         _____

   D. If your answer to B is NO, explain why not. _____

      _____

   E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

   F. If your answer is YES,

      1. What steps did you take? _____

         _____

2

2. What was the result? _____

_____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: _____

Present address: _____

Permanent home address: _____

Address of nearest relative: _____

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: _____

Official position: _____

Place of employment: _____

C. Additional defendants: _____

_____

_____

_____

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.) My rights were violated under the disability rights act. I was able

3

and available to work from home, but was denied the right to do so. Even after the campus was shut down in March and everyone was sent home to work due to COVID, I was still denied the right to. I asked my manager, Kendra Donaldson and HR representative Jennifer Shields multiple times to be granted the right to work from home like everyone else, but still was denied. My primary Care Dr. David Phillips filled out medical accomodation forms that was given to, Serge Castleberry whom is over medical accomodations at Blue Cross Blue Shield of TN, Chattanooga Campus. Even with the medical accomodation filled out by my doctor to work from home due to my auto immune disorder and the highly-deadly risk of me contracting COVID, I was still denied the right to work from home, even though the entire campus was sent home to work.

4

V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

I would like my position back at BCBST and them to take responsibility for my termination that violated my rights under the federal disability act. They should take financial and ethical responsibility.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 12th day of November, 2021.

Brandie Goodwin
Signature of plaintiff(s)

5