UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| BRANDI GOODWIN, | ) | |
| | ) | |
| Plaintiff, | ) | 1:21-CV-00277-DCLC |
| | ) | |
| vs. | ) | |
| | ) | |
| BLUECROSS BLUESHIELD OF TENNESSEE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On May 9, 2022, the Court issued an Order granting Plaintiff 21 days to cure the deficiencies in her complaint by filing an amended complaint [Doc. 14]. The Court explained that Plaintiff had not sufficiently alleged her claims under the "disability rights act" because she did not identify what specific statutory law she was relying upon to state her claims, and because she had improperly submitted her disability claims on a form complaint for violation of civil rights pursuant to 42 U.S.C. § 1983 [*see* Doc. 2]. The Court stated that "[a]s currently pleaded, Plaintiff's complaint fails to state a claim for a § 1983 civil rights violation and it is unclear the basis on which she is attempting to assert disability claims." [Doc. 14]. The Court admonished Plaintiff that if she did not amend her complaint within the allotted time, her claims would be dismissed. The 21 days has passed, and Plaintiff has not filed an amended complaint nor has she communicated any intent to do so.

Accordingly, Plaintiff's complaint [Doc. 2] is hereby **DISMISSED WITH PREJUDICE.** Defendant's pending motion to dismiss [Doc. 11] and motion to dismiss for lack of prosecution

[Doc. 17] are **DENIED as MOOT.** A separate judgment will enter.

SO ORDERED:

s/Clifton L. Corker
United States District Judge