UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| BRANDI GOODWIN, | ) | |
| | ) | |
| Plaintiff, | ) | 1:21-CV-00277-DCLC |
| | ) | |
| vs. | ) | |
| | ) | |
| BLUECROSS BLUESHIELD OF TENNESSEE., | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the Memorandum Opinion and Order filed contemporaneously herewith, the Court finds that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**. This judgment resolves all pending issues in this action, and the Clerk is **DIRECTED** to close this case.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court